# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

135183

MICHAEL PETSCH,
      Plaintiff-Appellant,

v

CONVENTION & SHOW SERVICES and
CITIZENS INSURANCE COMPANY OF
AMERICA,
      Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135183
COA: 278313
WCAC: 06-000147

On order of the Court, the application for leave to appeal the October 24, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

_____
Clerk

t1217